UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL DELNER CRUMPTON,

    Plaintiff,

v.

MARTI KAY SHERRY, et al.,

    Defendants.

_____/

Case No. 1:22-cv-1071

HON. JANE M. BECKERING

## ORDER

This is a prisoner civil rights action under 42 U.S.C. § 1983. Defendant Marti Kay Sherry filed a Motion for Summary Judgment on the Basis of Exhaustion (ECF No. 44). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 57) on July 24, 2025, recommending that this Court grant Defendant Sherry's motion, dismiss without prejudice Plaintiff's claims against "John Doe" and "Jane Doe," and terminate this lawsuit. The Report and Recommendation was duly served on the remaining parties that have appeared to date. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 57) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Sherry's Motion for Summary Judgment on the Basis of Exhaustion (ECF No. 44) is GRANTED.

**IT IS FURTHER ORDERED** that Plaintiff's claims against "John Doe" and "Jane Doe" are DISMISSED without prejudice.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any objections to the Report and Recommendation. *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.


Dated: August 22, 2025                              /s/ Jane M. Beckering
                                                    JANE M. BECKERING
                                                    United States District Judge